United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIOR  SHPILFOGEL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1745 |
| | § | |
| PROCOLLECT, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed August 27, 2021, (Doc # 14), it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 09/13/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge